IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. HOPKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>OAKLAND POLICE DEPARTMENT, et al.,<br><br>    Defendants.                          / | No. C 09-00722 CW (PR)<br><br>ORDER VACATING HEARING |

    Good cause appearing, the hearing noticed in this matter on Defendants' Motion for Summary Judgment for February 3, 2011 at 2:00 PM is hereby VACATED.

    The motion will be decided without a hearing.

    IT IS SO ORDERED.

Dated: 1/25/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEVIN L. HOPKINS,

        Plaintiff,

  v.

OAKLAND POLICE DEPARTMENT et al,

        Defendant.

Case Number: CV09-00722 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin L. Hopkins V76611
San Quentin State Prison
San Quentin, CA 94974

Dated: January 25, 2011

                            Richard W. Wieking, Clerk
                            By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California